**EISENBERG, Plaintiff-Appellant v. WEIS, Defendant-Appellee.**

Ohio Appeals, Second District, Montgomery County.

No. 1768. Decided April 26, 1943.

A. W. Schulman, Dayton, for plaintiff-appellant.
Shaman, Winer & Shulman, Dayton, for defendant-appellee.

## OPINION

BY THE COURT:

The above entitled cause is now being determined on defendant-appellee's motion to dismiss plaintiff's appeal for the reason that brief has not been filed within time prescribed under Rule VII of our court.

As a factual question, it is apparent from the file that brief has not been filed within time. Following our universal practice, the appeal must be dismissed. Entry may be drawn accordingly.

BARNES, P. J., HORNBECK and GEIGER, JJ., concur.